FILED

MAY 25 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. __1:05CR123-T__ |
| v. ) | [21 USC 846; |
| ) | 21 USC 841(d)(2); |
| GENE A. HUGHES ) | 18 USC 2] |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

From an unknown date and continuing to on or about the filing of this indictment, the exact dates being unknown to the Grand Jury, in Geneva County, Alabama, within the Middle District of Alabama and elsewhere,

GENE A. HUGHES,

defendant herein, did knowingly and willfully combine, conspire, confederate and agree together with other persons known and unknown to commit an offense in violation of Title 21, United States Code, Section 841(c)(2), that is: to knowingly and intentionally distribute and possess pseudoephedrine, a Schedule I listed chemical, knowing and having reasonable cause to believe that the listed chemical would be used to manufacture a controlled substance. All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about August 15, 2002, in Geneva County, Alabama, within the Middle District of Alabama,

GENE A. HUGHES,

defendant herein, did knowingly and intentionally possess and distribute pseudoephedrine, a Schedule I listed chemical, knowing and having reasonable cause to believe that the listed chemical would be used to manufacture methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 841(d)(2), and Title 18, United States Code, Section 2.

## COUNT 3

On or about August 16, 2002, in Geneva County, Alabama, within the Middle District of Alabama,

### GENE A. HUGHES,

defendant herein, did knowingly and intentionally possess and distribute pseudoephedrine, a Schedule I listed chemical, knowing and having reasonable cause to believe that the listed chemical would be used to manufacture methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 841(d)(2), and Title 18, United States Code, Section 2.

On or about August 21, 2002, in Geneva County, Alabama, within the Middle District of Alabama,

### GENE A. HUGHES,

defendant herein, did knowingly and intentionally possess and distribute pseudoephedrine, a Schedule I listed chemical, knowing and having reasonable cause to believe that listed chemical would be used to manufacture a controlled substance, in violation of Title 21, United States Code, Section 841(d)(2), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

A.   Counts 1 through 5 of this indictment are hereby repeated and incorporated herein by reference.

B.   Upon conviction for violation of Title 21, United States Code, Section 841, as alleged in Counts 2, 3, 4, and/or 5; and/or Title 21, United States Code, Section 846, as alleged in Count 1 of this indictment, the defendant, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Counts 1, 2, 3, 4, and/or 5 of this indictment.

C.   If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the forfeitable property, all in violation of Title 21, United States Code, Sections 841, 846, and 853.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
TOMMIE BROWN HARDWICK
Assistant United States Attorney

_____
JOHN T. HARMON
Assistant United States Attorney

4