# COURTROOM DEPUTY MINUTES
# MIDDLE DISTRICT OF ALABAMA

DATE: JUNE 6, 2005

DIGITAL RECORDING: 4:04 - 4:20

- [X] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: *DELORES R. BOYD*    DEPUTY CLERK: *WANDA STINSON*

CASE NO.: 1:05CR123-T-DRB    DEFT. NAME: GENE A HUGHES

USA: TOMMIE HARDWICK    ATTY: KEVIN BUTLER

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO
(X) Stand In ONLY

USPTSO/USPO: TAMARA MARTIN

Defendant ____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO ____ YES    NAME: _____

- [X] kars.       Date of Arrest  6/6/05        or  [ ] karsr40
- [X] kia.        Deft. First Appearance. Advised of rights/charges.  [ ] Pro/Sup Rel Violator
- [ ] kcnsl.      Deft. First Appearance with Counsel
- [ ]             Deft. First Appearance without Counsel
- [ ]             Requests appointed Counsel    [ ] ORAL MOTION for Appointment of Counsel
- [ ] kfinaff.    Financial Affidavit executed  [ ] to be obtained by PTSO
- [ ] koappted.   ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- [ ] k20appt.    Panel Attorney Appointed;  [ ] to be appointed - prepare voucher
- [X]             Deft. Advises he will retain counsel.  Has retained **Atty. David Harrison**
- [ ]             Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  [ ] To be followed by written motion;
- [ ]             Government's **WRITTEN** Motion for Detention Hrg. filed.
- [ ] kdmhrg.     **Detention Hearing** [ ] held; [ ] set for _____ at _____
- [ ] kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] kodtn.      **ORDER OF DETENTION PENDING TRIAL** entered
- [X] kocondrls.  Release order entered.  Deft. advised of conditions of release
- [X] kbnd.       [X] **BOND EXECUTED** (M/D AL charges) $25,000.  Deft released (kloc LR)
                  [ ] **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- [ ] kloc.(LC)   Bond **NOT** executed.  Deft to remain in Marshal's custody
- [ ]             Preliminary Hearing  [ ] Set for _____
- [ ] ko.         Deft. **ORDERED REMOVED** to originating district
- [ ] kwvprl.     Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ]             Court finds **PROBABLE CAUSE.**  Defendant bound over to the Grand Jury.
- [X] karr.       ARRAIGNMENT SET FOR: 6/8/05  [ ] HELD. Plea of **NOT GUILTY** entered.
                  [ ] Set for _____ Trial Term; [ ] PRETRIAL CONFERENCE DATE: _____
                  DISCOVERY DISCLOSURES DATE: _____
- [ ] krmknn.     NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg.    Identity/Removal Hearing set for _____
- [ ] kwvspt      Waiver of Speedy Trial Act Rights Executed