IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_Southern_ DIVISION

UNITED STATES OF AMERICA )
)
v )
_Gene Hughes_ )   CR. NO. _1:05CR123-T_
)
)

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, _Gene Hughes_, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and.

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

_6-7-5_                                   _[signature]_
DATE                                      DEFENDANT

_6-7-..._                                 _[signature]_
DATE                                      ATTORNEY FOR DEFENDANT