COURTROOM DEPUTY'S MINUTES  DATE: 6/8/2005 @ _____ to _____
MIDDLE DISTRICT OF ALABAMA  COURT REPORTER: _____
TAPE NO: _____ @ 10:56 to 10:60 am

☑ ARRAIGNMENT   ☐ CHANGE OF PLEA   ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

PRESIDING MAG. JUDGE: _Delores R. Boyd_   DEPUTY CLERK: _S. Q. Long, Jr._
CASE NUMBER: _1:05CR123-T_   DEFENDANT NAME: _Gene A. HUGHES_
AUSA: _Hardwick_   DEFENDANT ATTY: _David Harrison_
PTSO: _____   Type Counsel: ( ) Waived; (●) Retained; ( ) Panel CJA; ( ) CDO
( ) appointed at arraignment;  ( ) standing in for: _____

USPO: _____
Defendant _____ does _✓_ does NOT need an interpreter.
Interpreter present? _✓_ NO  _____ YES  Name: _____
P.O.C. DATE _____;  PRETRIAL CONF. DATE: _____
DISCOVERY DISCLOSURE DATE: ⊗ 6-14-05

[ ] This is defendant's FIRST APPEARANCE. (Docket kia.!!!)
[ ] WAIVER OF INDICTMENT executed and filed.
[ ] INFORMATION filed.
[ ] Juvenile Information filed w/Certificate that State Court refuses jurisdiction.
    PLEA: ☑ Not Guilty                          ☐ Nol Contendere
        ☐ Not Guilty by reason of insanity
        ☐ Guilty as to:
            ☐ Count(s) _____
            ☐ Count(s) _____
                        ☐ dismissed on oral motion of USA;
                        ☐ to be dismissed at sentencing

[ ] Written plea agreement filed.  ☐ ORDERED SEALED.
[ ] _____ Days to file pretrial motions.
[ ] _____ Trial date or term.
[✓] ORDER: Defendant continued under ☑ same bond;  ☐ summons; for:
        ☑ Trial on _____;  ☐ Sentencing on _____
[ ] ORDER: Defendant remanded to custody of U. S. Marshal for:
        ☐ Posting a $ _____ bond;
        ☐ Trial on _____; or ☐ Sentencing on _____
[ ] Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed.
        ☐ Defendant requests time to secure new counsel.