```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

UNITED STATES OF AMERICA      :
                                      :
     V.                       :    CR. NO. 1:05CR123-T
                                      :
GENE A. HUGHES

## UNITED STATES BILL OF PARTICULARS
## FOR FORFEITURE OF PROPERTY

COMES NOW the United States Attorney's Office for the Middle District of Alabama, by and through the undersigned Assistant United States Attorney and hereby files the following Bill of Particulars.

Through the violations of Title 21, United States Code, Section 841 as alleged in Counts 2, 3, and/or 4; and/or Title 21, United States Code, Section 846 as alleged in Count 1 of the criminal Indictment, which is punishable by imprisonment of more than one year, the United States seeks forfeiture of the following property pursuant to Title 21, *United States Code*, Section 853:

Real property located at 2281 County Road 40, Samson Alabama, also known as Sellersville Cash 'n Carry, being more particularly described as:

> Beginning at the NE corner of the NW 1/4 of the SW 1/4 of Section 24, Township 2 North, Range 20 East and running West along the forty line 205 feet to the Southwest point and post, thence Southeast to the Samson-Coffee Springs Highway 190 feet, plus or minus 5 feet, thence Northeast along Samson-Coffee Springs paved road 175 feet to a cement post or fence post on the East forty line of the NW 1/4 of the SW 1/4, thence North along said East forty line of said quarter section 130.6 feet to the point of beginning, and containing 80/100 (eighty hundredths)

acre, more or less, and being described as partials of Block 39, 47, 46, and or 38, less streets or alleys as plotted Book F, page 264 of Section 24 that lies West of East forty line of said quarter section and Northwest of said paved Samson-Coffee Springs road according to map and plat of the Town of Sellersville, Alabama, recorded in the Office of Judge of Probate of Geneva, Alabama, in Plat Book 1.

Respectfully submitted this ___ day of July, 2005.

                FOR THE UNITED STATES ATTORNEY
                    LEURA G. CANARY


                S/John T. Harmon
                John T. Harmon
                Assistant United States Attorney
                Office of the United States Attorney
                Middle District of Alabama
                One Court Square, Suite 201 (36104)
                Post Office Box 197
                Montgomery, Alabama 36101-0197
                Telephone:(334) 223-7280
                Facsimile:(334) 223-7560
                E-mail: John.Harmon@usdoj.gov
                Bar Number: 7068-II58J

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: David Jerome Harrison.

                                        Respectfully submitted,

                                        s/John T. Harmon  
                                        John T. Harmon  
                                        Assistant United States Attorney  
                                        Office of the United States Attorney  
                                        Middle District of Alabama  
                                        One Court Square, Suite 201 (36104)  
                                        Post Office Box 197  
                                        Montgomery, Alabama 36101-0197  
                                        Telephone:(334) 223-7280  
                                        Facsimile:(334) 223-7560  
                                        E-mail: John.Harmon@usdoj.gov  
                                        Bar Number: 7068-II58J