## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE:
334 954-3600

August 3, 2005

## NOTICE OF CORRECTION

TO:             Attorney John Harmon

FROM:           Sheila Carnes, Deputy Clerk

SUBJECT:        United States of America v Gene A. Hughes; Cr No. 1:05-cr-123-T
                DN 14: MOTION for Bill of Particulars

Judge Boyd has directed our office to take the necessary action to correct the above-referenced MOTION for Bill of Particulars filed by your office on July 18, 2005. The document was incorrectly filed as a MOTION rather than a NOTICE. The entry has been corrected and the motion has been terminated from Judge Boyd's pending motions list.

Your office is once again reminded that notices should NOT be filed as MOTIONS. If you need assistance in filing, please contact our cm/ecf help desk at 334 954-3935.