**U.S. Department of Justice**
**United States Marshals Service**

PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form    PSN 1. W

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 1:05CR123-T |
| DEFENDANT | TYPE OF PROCESS |
| Gene A. Hughes | Lis Pendens |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Judge of Probate, Geneva County

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) Geneva County Court House, 200 North Commerce Street
Post Office Bos 430, Geneva, AL 36340

P.O. BOX 430  Geneva, AL 36340

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
John T H

TELEPHONE NUMBER: (334) 223-7280
DATE: 7/18/2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk K. Chavers | Date 7/18/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

RETURNED AND FILED

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

AUG - 1 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Date of Service: 7/25/05    Time: 2:55 pm

Signature of U.S. Marshal or Deputy
Karen A. Chavers

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.06 | | | |

REMARKS:  7/19/05 C.M. # 7001 1140 0001 8579 5977
7/25/05 received green card signed "Deborah Bagwell"
7/25/05 received recorded copy: BK 544 PG 47-48

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA          :
                                  :
        V.                        :   CR. NO. 1:05CR123-T
                                  :
GENE A. HUGHES

## NOTICE OF LIS PENDENS/LEVY

GRANTEES: Gene A. Hughes (Defendant); J. K. Bryant and Linda Bryant

TO: ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER THE DEFENDANT AND/OR THE GRANTEE any interest in the real property described in this Notice of Lis Pendens/Levy.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of Code of Alabama (1975) Sections 35-4-131 and 132, as made applicable hereto by the provisions of Title 28, *United States Code*, Section 1964, that on July 18, 2005, a Bill of Particulars was filed on the INDICTMENT returned by a Grand Jury sitting in the Middle District of Alabama charging the above Bene A. Hughes (Defendant) with violations of Title 21, United States Code, Section 841 and Title 21, United States Code, Section 846, for the forfeiture of the following described real property, located at 2281 County Road 40, Samson, Alabama, also know as Sellersville Cash 'n Carry, together with all appurtenances and improvements thereto, has become and is condemned and forfeit to the United States of America under the provisions of Title 21, *United States Code*, Section 853:

> Beginning at the NE corner of the NW 1/4 of the SW 1/4 of Section 24, Township 2 North, Range 20 East and running West along the forty line 205 feet to the Southwest point and post, thence Southeast to the Samson-Coffee Springs Highway 190 feet, plus or minus 5 feet, thence Northeast along Samson-Coffee Springs paved road 175 feet to a cement post or fence post on the East forty line of the NW 1/4 of the SW 1/4, thence North along said East forty line of said quarter section 130.6 feet to the point of beginning, and

containing 80/100 (eighty hundredths) acre, more or less, and being described as partials of Block 39, 47, 46, and or 38, less streets or alleys as plotted Book F, page 264 of Section 24 that lies West of East forty line of said quarter section and Northwest of said paved Samson-Coffee Springs road according to map and plat of the Town of Sellersville, Alabama, recorded in the Office of Judge of Probate of Geneva, Alabama, in Plat Book 1.

Said property belonging to Bene A. Hughes as shown by Contract for Sale of Real Estate recorded at Book DR325, pages 02-05@, of the Land Records of Geneva County, Alabama.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of Title 21, *United States Code*, Section 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the indictment, except as provided by the provisions of Title 21, *United States Code*, Section 853(n), following the entry of any order of forfeiture.

Done this 18the day of July, 2005.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

S/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Geneva Co. Judge of Probate
P.O. Box 430
Geneva, AL 36340

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Mark Bayrell_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Mark Bayrell
C. Date of Delivery: 7/21/05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

RECEIVED
UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA
05 JUL 25

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Hughes

2. Article Number
   7001 1140 0001 8579 5977

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRA-Z-09