**COURTROOM DEPUTY'S MINUTES**                    **DATE:** 8/8/05

**MIDDLE DISTRICT OF ALABAMA**                    **Digital Recording:**  11:07 - 11:08

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE.  Delores R. Boyd**          **DEPUTY CLERK: Wanda A. Robinson**

**CASE NUMBER: 1:05cr123-T**                       **DEFENDANT(S): Gene A. Hughes**

| GOVERNMENT | <u>APPEARANCES</u> | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| | * | |
| Tommie Brown Hardwick | | David Jerome Harrison |
| | * | |
| | * | |

❑ **DISCOVERY STATUS:**          **Satisfied**

❑ **PENDING MOTION STATUS:**
                                **None**

❑ **PLEA STATUS:**              **Likely Plea**
                                **Plea set for 8/22/05 @ 11:00 a.m.; Second on the Docket**

❑ **TRIAL STATUS**              **10/12/05 Trial Term**
                                **3 Days**

❑ **REMARKS:**