IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | CR NO: 1:05cr123-T |
| | * | |
| GENE HUGHES, | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW**, the Defendant Gene Hughes by and through the undersigned attorney of record David J. Harrison, and hereby gives notice to this Honorable Court of his intent to withdraw his former plea of not guilty and to enter a plea of guilty in accordance with the agreement reached between the United States Attorney and the undersigned attorney.

**WHEREFORE**, premises considered, the Defendant requests this Honorable Court accept his Notice of Intent to Change Plea and to schedule the date and time for entering said plea.

**RESPECTFULLY** submitted this the 29th day of September, 2005.

/s/ David J. Harrison
David J. Harrison, HAR149
Attorney for Defendant
P.O. Box 994
Geneva, Alabama 36340
(334) 684-8729

## CERTIFICATE OF SERVICE

I hereby certify that on September 29th 2005, I electronically filed the foregoing Notice of Intent to Change Plea with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Honorable Tommie Brown Hardwick.

/s/ David J. Harrison, HAR149