IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 1:05CR123-T |
| ) | [21 U.S.C. 841(f)(1)] |
| GENE A. HUGHES ) | |
| ) | INFORMATION |

The United States Attorney charges:

## COUNT 1

On or about August 15, 2002, in Geneva County, Alabama, within the Middle District of Alabama,

GENE A. HUGHES,

defendant herein, in violation of this subchapter, namely, Title 21, United States Code, Section 841(c)(2), did knowingly distribute a listed chemical, to-wit: pseudoephedrine, other than in violation of a record-keeping and reporting requirement of section 830 of Title 21, all in violation of Title 21, United States Code, Section 841(f)(1).

## FORFEITURE ALLEGATION

A.   Count 1 of this Information is hereby repeated and incorporated herein by reference.

B.   Upon conviction for violation of Title 21, United States Code, Section 841, as alleged in Count 1, the defendant,

GENE A. HUGHES,

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner

or part to commit and to facilitate the commission of the violation alleged in Count 1 of this information:

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, and real property located at 2281 County Road 40, Samson, Alabama, also known as Sellersville Cash 'n Carry, being more particularly described as:

> Beginning at the NE corner of the NW 1/4 of the SW 1/4 of Section 24, Township 2 North, Range 20 East and running West along the forty line 205 feet to the Southwest point and post, thence Southeast to the Samson-Coffee Springs Highway 190 feet, plus or minus 5 feet, thence Northeast along Samson-Coffee Springs paved road 175 feet to a cement post or fence post on the East forty line of the NW 1/4 of the SW 1/4, thence North along said East forty line of said quarter section 130.6 feet to the point of beginning, and containing 80/100 (eighty hundredths) acre, more or less, and being described as partials of Block 39, 47, 46, and or 38, less streets or alleys as plotted Book F, page 264 of Section 24 that lies West of East forty line of said quarter section and Northwest of said paved Samson-Coffee Springs road according to map and plat of the Town of Sellersville, Alabama, recorded in the Office of Judge of Probate of Geneva, Alabama, in Plat Book 1.

C.  If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the forfeitable property, all in violation of Title 21, United States Code, Sections 841, 846, and 853.

_(signature)_
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_(signature)_
TOMMIE BROWN HARDWICK
Assistant United States Attorney

_(signature)_
JOHN T. HARMON
Assistant United States Attorney