# United States District Court

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

UNITED STATES OF AMERICA

v.

GENE A. HUGHES

**WAIVER OF INDICTMENT**

CASE NUMBER: 1:05cr123-T

I, _____ GENE A. HUGHES _____, the above named defendant, who is accused of

VIOLATIONS OF TITLE 21 USC § 841(f)(1),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __10/04/05__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
    *Judicial Officer*