IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
☐ Northern   ☐ Southern   ☐ Eastern

## COURTROOM DEPUTY MINUTES

**DATE:** 10/4/2005   **TIME/DIGITAL RECORDING:** 3:06 – 3:35 pm

**JUDGE:** Delores R. Boyd

**CTRM CLERK:** S. Q. Long, Jr.   **CRT RPTR:** M. Reisner

**CASE NO.** 1:05cr123-T   **USA vs.** Gene A. HUGHES

**DEFT ATTY:** David Harrison
☐ FD   ☐ CJA   ☒ Ret   ☐ Waived   ☐ Standing In   ☐ Retain Cnsl Ntc.
**COURT APPOINTS:**   ☐ FD   ☐ CJA   ☐ Deft. to Retain Counsel ____

**SUSA:** Hardwick   **USPO/USPTS:** ____

**Interpreter Needed:** ☐ Yes   ☒ No   Name: ____

**LOCATION:**   ☐ ARREST: ____   ☐ LC   ☐ LO   ☐ LR   ☐ Kars 40

**HEARING** Held/Set:
☐ IA. Dft. Advised of Rights   ☐ DETENTION   ☐ PRLHRG
☐ RULE44HRG   ☐ BOND HRG   ☐ PROB/SUP REL VIOLATOR

☐ ARR   PLEA Entered:   ☐ Guilty   ☐ Not Guilty
Ptrl Cnf Set: ____   Disc DDL Set: ____

☒ CHGPLHRG/~~CONSENT PLEA~~ Held   ☐ Set for: ____

☐ Written PLEA AGREEMENT Filed/Executed   ☐ Oral Agreement

☒ GUILTY PLEA/Counts: 1 — Info.

☐ COUNTS/DISM/GVT ____   ☐ Oral Motion   ☐ At Sentencing

☐ TRIAL Set For: ____   SENTENCING Set for: ____

**WAIVERS/CONSENT/AFF:**
☐ FINAFF   ☐ WVRPRLHRG.   ☐ WVRR40hrg
☐ WVINDICTMENT Executed & Filed   ☐ INFORMATION filed
☐ CONSENT TO PROCEED Executed
☐ WAIVER OF SPEEDY TRIAL Executed. Set for Trial Term: ____

**MOTIONS:**
☐ DTNHRG   ☐ Written   ☐ Oral /   ☐ Govt   ☐ Deft
Detention Hearing Set For: ____
☐ Other ____

**ORDERS:**
☐ BOND Executed $ ____
☒ Cont'd Bond Imposed: ____
☐ Conditions of Release. Defendant advised of conditions.
☐ Probable Cause. Defendant bound over to Grand Jury
☐ Remvldist ____   ☐ Rem Hrg. Set: ____
☐ Temporary Detention Pending Hearing   ☐ Pending Trial
☐ Seal ____
☐ Other ____

**COMMENTS:**