```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF ALABAMA
                 SOUTHERN DIVISION
```

UNITED STATES OF AMERICA    )
                            )
    v.                        )    CR. NO. 1:05cr123-T
                            )
GENE A. HUGHES              )

### MOTION TO ENTER PRELIMINARY ORDER OF FORFEITURE

    The United States of America (United States), by its undersigned counsel, requests this Honorable Court to enter the attached Preliminary Order of Forfeiture.

    1.   Subsequent to the guilty plea to Count 1 of the Information in this case, defendant Gene A. Hughes agreed to forfeit the real property known as Sellersville Cash 'n Carry. Notice that the United States sought forfeiture of this real property was contained in the Information.

    2.   The United States further requests this Honorable Court to make entry of said Order part of its oral pronouncement of sentence and order entry of said forfeiture on the applicable judgment forms.

    3.   Counsel for defendant does not oppose entry of this Order.

    Respectfully submitted this 20th day of October, 2005.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY


/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile: (334) 223-7560


CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2005, I electronically filed the foregoing Motion to Enter Preliminary Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **David J. Harrison** and **Tommie Brown Hardwick.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J