IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | CR. NO.1:05 cr123-T |
| V. | * | |
| | * | |
| GENE HUGHES | * | |
| | * | |

## PETITION TO MODIFY FORFEITURE ORDER

**COMES NOW, J.K. and Linda Bryant** by and through their undersigned Attorney and would show unto this Honorable Court as follows,

1. J.K. and Linda Bryant had a contract for sale with Gene Hughes and wife Betty Hughes date August 6, 1998.

2. On November 1, 2005, J. K. And Linda Bryant received a notice that the property had been seized by the Federal Government.

3. The Gene and Betty Hughes had fallen behind in their payments, and, pursuant to the contract, J.K. and Linda Bryant had given notice of default, which was not cured. Therefore, the Bryant's, under the terms of the contract, deeded the property back to themselves.

4. The J. K. And Linda Bryant figure they are owed somewhere around $5,000 for the payments that were not made.

5. They will be happy to quit claim all their interest to the government for this amount.

6. A copy of the Contract for sale, the Notice of Default, and the Deed J. K. And Linda Bryant executed back to themselves, is attached.

**WHEREFORE**, J. K. And Linda Bryant pray that this Court will modify the Forfeiture Order to show that J. K. And Linda Bryant are the owners of the property, or failing that, that this Court will modify the Forfeiture Order to show J. K. And Linda Bryant as owners of an equitable interest in the property, and grant them such other relief as they may be entitled.

*William J. Paul*
William J. Paul (PAU 005)
Attorney for Defendant

Paul & Paul, Attorneys at Law
Post Office Box 429
Geneva, Alabama 36340
(334) 684-2636

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the above and foregoing upon the Hon. John T. Harmond, Assistant U.S. Attorney for Alabama, by placing the same in the United States Mail, postage prepaid and properly addressed to Post Office Box 197 Montgomery, Alabama 36101-197, this the 28th day of November, 2005.

I further certify that I have served a true and correct copy of the above and foregoing upon the Hon. David Harrison, Attorney for Gene Hughes, by placing the same in the United States Mail, postage prepaid and properly addressed to Post Office Box 994, Geneva, Alabama, 36340, this the 9th day of December, 2005.

*William J. Paul*
**William J. Paul**
Attorney for Defendant
Paul & Paul, Attorneys at Law
Post Office Box 429
Geneva, Alabama 36340
(334) 684-2636