```
                                                    OFFREC    554    414
                                              Recorded In Above Book and Page
                                                   10/31/2005 03:34:42 PM
                                                       HARRY O. ADKISON
                                                         PROBATE JUDGE
                                                    GENEVA COUNTY, ALABAMA
```

Notice of Default

Notice is hereby given that Sellers J.K and Linda Bryant hereby declare default under that certain contract executed by them to Gene and Betty Hughes, dated August 6, 1998, and recorded in OR Book 325, Pages 02-05.

Notice of default was mailed on August 3, 2005, and has not been cured.

Under the terms of the contract, Sellers hereby elect to declare a forfeiture and rescind the contract.

Done this 27th day of October, 2005.

_____
J.K. Bryant

_____
Linda Bryant

```
Recording Fee    7.50
TOTAL            7.50
```

STATE OF ALABAMA
COUNTY OF GENEVA

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby certify that **J.K. Bryant and wife Linda A. Bryant**, whose names are signed to the foregoing conveyance, and who are known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, they executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this 31 day of October, 2005.

_____
Notary Public
My Commission Expires: 10-05-09.