instrument prepared by:   Paul & Paul, Attorneys at Law
                          Post Office Box 429
                          Geneva, Alabama 36340

## SURVIVORSHIP WARRANTY DEED

STATE OF ALABAMA
GENEVA COUNTY

*KNOW ALL MEN BY THESE PRESENTS:* That, in consideration of Ten Dollars and other valuable consideration to the undersigned Grantor in hand paid by the Grantees herein, the receipt whereof is acknowledged, I, **J.K. Bryant and Linda A. Bryant, husband and wife,** herein referred to as Grantor, do hereby grant, bargain, sell, and convey subject to reservation set out below, unto **J.K. Bryant and wife Linda A. Bryant, husband and wife,** herein referred to as Grantees, for and during their joint lives and upon the death of either of them, to the survivor of them in fee simple, together with every contingent remainder and right of reversion, the following described real estate, situated in Geneva County, Alabama, to-wit:

>Beginning at the NE corner of the NW 1/4 of the S/W 1/4 of section 24, Township 2 North, Range 20 East and running West along the forty line 205 feet to the Southwest point and post, thence Southeast to the Samson-Coffee Springs Highway 190 feet, plus or minus 5 feet, thence Northeast along Samson-Coffee Springs paved road 175 feet to a cement post or a fence post on the East forty line of the NW 1/4 of the S/W 1/4, thence North along said east forty line of said quarter section 130.6 feet to the point of beginning, and containing 80/100 (eighty hundreths) acre, more or less, and being described as partials of Block 39, 47, 46, and or 38, less streets or alleys as plotted Book F, page 264 of section 24 that lies West of East forty line of said quarter section and northwest of said paved Sampson-Coffee Springs road according to map and plat of the Town of Sellersville, Alabama, recorded in the Office of Judge of Probate of Geneva Alabama, in Plat Book 1.

This property was made subject of a contract for sale to Gene Hughes and wife Betty Hughes, dated August 6, 1998. Buyers have defaulted on the contract, and the Bryants have declared a forfeiture and declared the contract null and void.
The purpose of this deed is to place the property back into the name of the Bryants.

This property does not constitute any part of the homestead of the Grantor.

The preparer of this deed makes no certification as to the title to this property, as no title work was performed or requested.

This instrument is made subject to any easements, rights-of-way, or restrictions which may be filed for record in the Office of the Judge of Probate, Geneva County, Alabama.

*TO HAVE AND TO HOLD* to the said Grantees, subject to reservation set out above, for and during their joint lives and upon the death of either of them, to the survivor of them in fee simple, and to the heirs and assigns of such survivor forever, together with every contingent remainder and right of reversion.

And we do, for ourselves and for our heirs, executors and administrators, covenant with the said Grantees, their heirs and assigns, that we are lawfully seized in fee simple of said premises; that they are free from all encumbrances, unless otherwise stated above; that we have a good right to sell and convey the same as aforesaid; that we will, and our heirs, executors and administrators shall, warrant and defend the same to the said Grantees, their heirs and assigns forever, against the lawful claims of all persons.

*IN WITNESS WHEREOF* we have hereunto set our hand and seal this 31 day of October, 2005.

_____
J.K. Bryant

_____
Linda A. Bryant

Recorded In OFFREC BK 554 PG 415, 10/31/2005 03:35:44 PM HARRY O. ADKISON, PROBATE JUDGE, GENEVA COUNTY, ALABAMA

Deed Tax 38.00, Recording Fee 9.00, TOTAL 47.00

**STATE OF ALABAMA**
**COUNTY OF GENEVA**

I, the undersigned authority, a Notary Public in and for said County, in said State, hereby certify that **J.K. Bryant and wife Linda A. Bryant**, whose names are signed to the foregoing conveyance, and who are known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, they executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this 31 day of October, 2005.

OFFREC 554 416

Notary Public
My Commission Expires: 10-05-09