## CONTRACT FOR SALE OF REAL ESTATE

C00002

This agreement, made and entered into at Geneva, Alabama, on this the 6th day of August, 1998, by and between J. K. Bryant and wife, Linda Bryant, hereinafter referred to as the Sellers; and Gene Hughes and wife, Betty Hughes, hereinafter referred to as the Purchasers.

PURCHASERS AND SELLERS RECITE AND DECLARE AS FOLLOWS:

1. Sellers are in possession of and have the right to enter into this contract to sell certain real estate and personal properties situated in the County of Geneva, State of Alabama, described as follows:

Beginning at the NE corner of the NW 1/4 of the SW 1/4 of Section 24, Township 2 North, Range 20 East and running west along the forty line 205 feetto the Southwest point and post, thence Southeast to the Samson-Coffee Springs Highway 190 feet, plus or minus 5 feet, thence Northeast along Samson-Coffee Springs paved road 175 feet to a cement post or fence post on the East forty line of the NW 1/4 of the SW 1/4, thence North along said east forty line of said quarter section 130.6 feet to the point of beginning, and containing 80/100 (eighty hundreths) acre, more or less, and being described as partials of Block 39, 47, 46, and or 38, less streets or alleys as plotted Book F, page 264 of Section 24 that lies West of East forty line of said quarter section and northwest of said paved Samson-Coffee Springs road according to map and plat of the Town of Sellersville, Alabama, recorded in the Office of Judge of Probateof Geneva Alabama, in Plat Book 1.

The above described Real Estate and personal properties is the subject of this contract, and is hereinafter referred to as the Property.

2. Sellers desire to sell and Purchasers desire to purchase property for the purchase price and upon the terms and conditions as hereinafter set forth.

NOW, THEREFORE, IN CONSIDERATION of the mutual and reciprocal premises and in the furtherance of their objectives, Sellers agree to sell to purchasers, and Purchasers agree to purchase from the Sellers, the property above described, and all rights and appurtenances incident thereto, upon the following terms and conditions, and the parties do hereby covenant, contract and agree as follows:

1. The entire purchase price of the property is $12,000.00. This purchase price shall be paid as follows:

Purchaser shall pay to the Sellers at the time of execution of this contract a downpayment in the amount of $2,000.00. The balance of the purchase price shall be paid in 97 monthly installments of $150.00, with the first installment to be paid on the 6th day of October, 1998, and the final installment of $256.73, if not paid sooner, to be paid on the 6th day of October, 2006.

2. Upon the execution hereof, Purchasers shall have the right to take full and immediate possession of the property. Purchasers have inspected the property including improvements thereon, set forth and described above, and hereby accept the property in its present condition.

3.  During the life of this contact, Purchasers shall maintain said real estate, including the improvements thereon, in a state of good repair and condition. Purchasers shall not sell or otherwise dispose of any of the properties during the term hereof. Sellers have the right to inspect the property at reasonable times, until final performance by Purchasers.

4.  Purchasers shall pay before delinquency, all taxes and assessments, coming due on or before October 1, 1998, levied upon said property, including any portion of said taxes or assessments levied hereunder.

5.  Sellers agree to continue to pay the insurance required by the Environmental Protection Agency.

6.  During the life of this contract, Sellers shall insure and keep insured against fire or other casualty, all improvements now on said property and any improvements that may hereafter be built thereon. Such insurance shall be in the face amount of not less than $12,000.00. All such insurance shall insure the sellers as loss payee. All premiums on such policies shall be paid by the purchasers.

7.  If purchasers fail or neglect to pay any installment or taxes or any assessments, or any insurance premiums, when due, Seller shall have the right to make such payment and add the amount thereof, together with interest at the rate of 10% per annum, to the obligation of Purchasers hereunder. Such right shall be deemed to be in the option and shall not impose any obligations on Sellers, and Sellers may elect to treat such neglect or failure on the part of the Purchasers as a breach of this contract.

8.  Sellers shall not cause or permit any act to be done during the life of this contract that would burden or cloud title to the property or interfere with the purchasers full use or enjoyment thereof.

9.  The interest of Sellers in said real estate is reserved in Sellers, their heirs, representatives and assigns, until full performance by purchasers under the terms of this agreement.

10. Time is of the essence of this contract. In the event Purchasers fail to make any payment required by the terms of this contract, at the time the same falls due, and prior to delinquency thereof, including the installment payments to Sellers, taxes assessments, and insurance premiums, and if any such default continues for thirty (30) days after written notice thereof, Sellers, at their option, may:

   A.  If Purchasers fail or neglect to pay any installment for a period of 30 days, the Sellers shall have the right to immediate possession. Failure of the Sellers to execute this right shall not constitute a waiver of Seller's right to take possession at a later time or a later occasion.

   B.  Sellers hereby acknowledge that they have at the time of the execution of this instrument, executed a warranty deed conveying the above described real estate to Purchasers, jointly, with right of survivorship, and Purchasers have hereby acknowledge that immediately after the execution of said warranty deed, they executed a quitclaim deed to Sellers. The instruments are hereby acknowledged as being satisfactory to each party in form and content, and that the same are being held by Paul & Paul, Geneva, Alabama, as Escrow Agent, with written instructions to deliver all instruments to Purchasers forthwith upon their full performance hereunder, and completion of all payments due from them as hereinabove provided, or to deliver all such instruments to

Sellers, on Purchasers' default hereunder and Sellers election to declare a forfeiture of this contract and rescind the same.

The written instructions furnished to said Escrow Agent shall be binding upon the parties and are attached hereto and made a party hereof by reference.

Any notice or demand on either party hereunder shall be mailed or personally delivered to such party at the address set forth below, or at such subsequent address as may hereafter be furnished in writing to the other party. Notice or demand so given shall be sufficient for any purpose under the terms of this contract, and shall be deemed deliverable when mailed.

Addresses of the Parties:

SELLERS:

J. K. Bryant
Linda Ann Bryant
Rt. 2 Box 24
Samson, Alabama 36477

PURCHASERS:

Gene Hughes
Betty Hughes
P. O. Box 141
Chancellor, Alabama 36316

IN WITNESS WHEREOF, the parties have executed this agreement in triplicate, on the day and year first written above. Each counterpart hereof shall be deemed an original of this contract for all legal purposes, and this agreement shall be binding upon the heirs, administrators, executors and assigns of the parties hereto.

SELLERS:

_J. K. Bryant_
_Linda Bryant_

PURCHASERS:

_Gene Hughes_
_Betty Hughes_

STATE OF ALABAMA
GENEVA COUNTY
I CERTIFY THAT THIS INSTRUMENT WAS FILED AND THE FOLLOWING TAX COLLECTED ON

AUG 28 1998  10:00 AM
BOOK 98-325 PAGE 02-05
DEED 2.00 MTG 15.00 MIN ___
REC. 14.00
BY HARRY O. ADDISON, JUDGE OF PROBATE, GENEVA CO., AL

STATE OF ALABAMA
COUNTY OF GENEVA

I, the undersigned authority a Notary Public in and for said County, in said State, hereby certify that J. K. BRYANT and wife, LINDA ANN BRYANT whose name(s) is (are) signed to the foregoing conveyance, and who is (are) known to me, acknowledged before me on this day, that being informed of the contents of the conveyance, he (she/they) executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this 6th day of August, 1998.

*Rosemary Adams*
Notary Public

My Commission Expires: 2-14-99

STATE OF ALABAMA
COUNTY OF GENEVA

I, the undersigned authority a Notary Public in and for said County, in said State, hereby certify that GENE HUGHES and wife, BETTY HUGHES whose name(s) is (are) signed to the foregoing conveyance, and who is (are) known to me, acknowledged before me on this day, that being informed of the contents of the conveyance, he (she/they) executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this 6th day of August, 1998.

*Rosemary Adams*
Notary Public

My Commission Expires: 2-14-99