IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr123-T |
| **GENE A. HUGHES** | ) | |

### ORDER

It is ORDERED that the government and defendant Gene A. Hughes show cause, if any there be, in writing by December 28, 2005, as to why J.K. Bryant and Linda Bryant's petition to modify forfeiture order (Doc. No. 33) should not be granted.

DONE, this the 16th day of December, 2005.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE