IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05cr123-T |
| | ) | |
| GENE A. HUGHES | ) | |

<u>RESPONSE TO ORDER TO SHOW CAUSE</u>

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby responds as follows to this Court's Order:

1.   This Honorable Court ordered the United States to show cause, if any there be, as to why J.K. and Linda Bryant's Petition to Modify Forfeiture should not be granted.

2.   The United States respectfully asks the Court to continue this submission date for 60 days until February 28, 2006. As grounds, the United States would show that the Bryants and the United States have reach a settlement of their petition except for the resolution of certain environmental matters involving the Alabama Department of Environmental Management and the property at issue. Continuation of the submission date will allow the parties to resolve these environmental matters. No matter what said resolution entails, the United States does not foresee any requirement for a hearing on the Bryant's petition.

Respectfully submitted this 22nd day of December, 2005.

                    FOR THE UNITED STATES ATTORNEY
                          LEURA G. CANARY

                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
                    Bar Number: 7068-II58J
                    Office of the United States Attorney
                    Post Office Box 197
                    Montgomery, Alabama 36101-0197
                    Telephone:(334) 223-7280
                    Facsimile:(334) 223-7560
                    E-mail: John.Harmon@usdoj.gov
                    Bar Number: 7068-II58J

CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2005, I electronically filed the foregoing Motion to Enter Preliminary Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **David J. Harrison**, **William Joseph Paul**, and **Tommie Brown Hardwick**.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J