IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )        1:05cr123-T
GENE A. HUGHES              )
```

### ORDER

Upon consideration of the government's response (Doc. No. 35), it is ORDERED that the government and defendant Gene A. Hughes are allowed until February 28, 2006, to show cause, if any there be, in writing as to why J.K. Bryant and Linda Bryant's petition to modify forfeiture order (Doc. No. 33) should not be granted.

DONE, this the 3rd day of January, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE