# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE                AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   JANUARY 26, 2006             AT        11:05        A.M./P.M.

DATE COMPLETED   JANUARY 26, 2006             AT        11:18        A.M./P.M.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v | ) | Cr No. 1:05cr123-MHT |
| | ) | |
| GENE A. HUGHES | ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Verne Speirs | X | Atty John Robbins |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| David Sapp, | Sheila Carnes, | Mitchell Reisner, |
|---|---|---|
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:   SENTENCING HEARING

11:05  a.m.   Sentencing hearing commenced.
              Terms of plea agreement were stated on the record; PO
              concurs with agreement; court **accepts plea agreement**.
              Sentence recommendations made; sentence imposed. **ORAL
              ORDER**, during sentence imposition, granting motions for
              downward departure and motion for reduction in criminal
              offense level. Order entered releasing and continuing the
              defendant under the same conditions imposed by the
              Magistrate Judge on 6/6/05.  Government withdraws motion
              for forfeiture hearing.  Government's motion to dismiss
              indictment filed. **ORAL ORDER** granting government's motion to
              dismiss indictment.
11:18  a.m.   Hearing concluded.