IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05cr123-T |
| | ) | |
| GENE A. HUGHES | ) | |

RESPONSE TO ORDER TO SHOW CAUSE

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby responds as follows to this Court's Order dated January 3, 2006:

1. This Honorable Court ordered the United States to show cause, if any there be, as to why J.K. and Linda Bryant's Petition to Modify Forfeiture should not be granted.

2. The United States earlier requested the Court to continue this submission date for 60 days until February 28, 2006. This request was granted.

3. The United States requests an additional two week continuance. As grounds, the United States would show that it is still assessing certain pollution issues involving the property.

Respectfully submitted this 28th day of February, 2006.

```
                         FOR THE UNITED STATES ATTORNEY
                                LEURA G. CANARY



                         /s/John T. Harmon
                         John T. Harmon
                         Assistant United States Attorney
                         Bar Number: 7068-II58J
                         Office of the United States Attorney
                         Post Office Box 197
                         Montgomery, Alabama 36101-0197
                         Telephone:(334) 223-7280
                         Facsimile:(334) 223-7560
                         E-mail: John.Harmon@usdoj.gov
                         Bar Number: 7068-II58J
```

CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2006, I electronically filed the foregoing Response to Show Cause Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **David J. Harrison, William Joseph Paul**, and **Tommie Brown Hardwick.**

```
                         /s/John T. Harmon
                         John T. Harmon
                         Assistant United States Attorney
                         Office of the United States Attorney
                         Middle District of Alabama
                         One Court Square, Suite 201 (36104)
                         Post Office Box 197
                         Montgomery, Alabama 36101-0197
                         Telephone:(334) 223-7280
                         Facsimile:(334) 223-7560
                         E-mail: John.Harmon@usdoj.gov
                         Bar Number: 7068-II58J
```