IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05cr123-T |
| | ) | |
| GENE A. HUGHES | ) | |

### SECOND RESPONSE TO ORDER TO SHOW CAUSE

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby responds as follows to this Court's Order:

1.   On October 27, 2005, this Honorable Court entered a Preliminary Order of Forfeiture forfeiting the interest of Defendant Gene A. Hughes in the subject real property to the United States.

2.   After notice, J. K. and Linda Bryant (petitioners) filed a timely Petition to Modify Forfeiture Order. Therein, they showed that the interest of Gene A. Hughes in the subject real property had been extinguished by operation of the "contract for sale" between petitioners and Gene A. Hughes.

3.   Upon evaluation of the property and the assertions of the petitioners, the United States submits that the Preliminary Order of Forfeiture should be modified in accordance with their petition to show that J. K. and Linda Bryant are the sole owners of the property and that the United States has no interest therein.

Respectfully submitted this 7th day of March, 2006.

                FOR THE UNITED STATES ATTORNEY
                      LEURA G. CANARY

                /s/John T. Harmon
                John T. Harmon
                Assistant United States Attorney
                Bar Number: 7068-II58J
                Office of the United States Attorney
                Post Office Box 197
                Montgomery, Alabama 36101-0197
                Telephone:(334) 223-7280
                Facsimile:(334) 223-7560
                E-mail: John.Harmon@usdoj.gov
                Bar Number: 7068-II58J

CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2006, I electronically filed the foregoing Response to Show Cause Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **David J. Harrison, William Joseph Paul**, and **Tommie Brown Hardwick.**

                /s/John T. Harmon
                John T. Harmon
                Assistant United States Attorney
                Office of the United States Attorney
                Middle District of Alabama
                One Court Square, Suite 201 (36104)
                Post Office Box 197
                Montgomery, Alabama 36101-0197
                Telephone:(334) 223-7280
                Facsimile:(334) 223-7560
                E-mail: John.Harmon@usdoj.gov
                Bar Number: 7068-II58J