IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:05cr123-MHT |
| **GENE A. HUGHES** | ) | |

### ORDER

Upon consideration of the government's response (Doc. No. 46), it is ORDERED that the government and defendant Gene A. Hughes are allowed until March 14, 2006, to show cause, if any there be, in writing as to why J.K. Bryant and Linda Bryant's petition to modify forfeiture order (Doc. No. 33) should not be granted.

DONE, this the 8th day of March, 2006.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE