```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05cr123-T |
| | ) | |
| GENE A. HUGHES | ) | |

<u>MOTION TO RESCIND PRELIMINARY ORDER OF FORFEITURE</u>

Comes now the United States of America by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and moves this Court to rescind the Preliminary Order of Forfeiture entered October 27, 2005, stating as follows:

1.  On October 27, 2005, this Honorable Court entered a Preliminary Order of Forfeiture forfeiting the interest of Defendant Gene A. Hughes in the subject real property to the United States.

2.  After notice, J. K. and Linda Bryant (petitioners) filed a timely Petition to Modify Forfeiture Order. Therein, they showed that the interest of Gene A. Hughes in the subject real property had been extinguished by operation of the "contract for sale" between petitioners and Gene A. Hughes.

3.  The United States submits that the Preliminary Order of Forfeiture should be rescinded and declared void *ab initio*.

4.  A proposed Order is attached.

Respectfully submitted this 21st day of March, 2006.

                        FOR THE UNITED STATES ATTORNEY
                                LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2006, I electronically filed the foregoing Motion to Rescind Preliminary Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **David J. Harrison, William Joseph Paul,** and **Tommie Brown Hardwick.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J