IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05cr123-T |
| | ) | |
| GENE A. HUGHES | ) | |

<u>O R D E R</u>

Upon consideration of the Motion to Rescind Preliminary Order of Forfeiture heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same is hereby GRANTED. It is, therefore, **CONSIDERED, ORDERED, ADJUDGED AND DECREED** by the Court that said Motion be and the same is hereby granted and the Preliminary Order of Forfeiture entered October 27, 2005 is hereby rescinded and declared void *ab initio*.

It is further **ORDERED** that the United States file this Order with the Geneva County, Alabama Judge of Probate and release its lis pendens against the real property located at 2281 County Road 40, Samson, Alabama a/k/a Sellersville Cash 'n Carry.

DONE this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE