⑤ ✓

| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | *See instructions for "Service of Process by U.S. Marshal"* |

**RECEIVED**
2005 OCT 31 P 5:32
UNITED STATES MARSHALS SERVICE
MIDDLE ALABAMA

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>1:05CR123-T |
|---|---|
| DEFENDANT<br>Gene A. Hughes | TYPE OF PROCESS<br>Preliminary Order of Forfeiture/Notice |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jerald K. Bryant
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
859 Mixon Miller Rd; Samson, AL 36477

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

UNITED STATES ATTORNEY OFFICE
JOHN T. HARMON, AUSA
P. O. BOX 197
MONTGOMERY AL 36101-0197

| Number of process to be served with this Form 285 | 2 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 10/28/2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No. 2
District to Serve No. 2
Signature of Authorized USMS Deputy or Clerk: K. Chavers
Date: 10/31/05

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

**RETURNED AND FILED**
APR - 5 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 4/5/06    Time: 12:15 pm
Signature of U.S. Marshal or Deputy: K. Chavers

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | Ø |

REMARKS: Returned Unexecuted

PRIOR EDITIONS MAY BE USED
PRINT 5 COPIES
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05cr123-T |
| | ) | |
| GENE A. HUGHES | ) | |

RECEIVED 2005 OCT 31 P 5:32 UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA

## NOTICE OF FORFEITURE

Notice is hereby given that on October 27, 2005, in the case of <u>United States v. Gene A. Hughes</u>, Cr. No. 1:05cr123-T, the United States District Court for the Middle District of Alabama entered a Preliminary Order of Forfeiture condemning and forfeiting the following listed property:

> The real property known as Sellersville Cash 'n Carry located at 2281 County Road 40, Samson, Alabama, being more particularly described as follows:
>
> Beginning at the NE corner of the NW 1/4 of the SW 1/4 of Section 24, Township 2 North, Range 20 East and running West along the forty line 205 feet to the Southwest point and post, thence Southeast to the Samson-Coffee Springs Highway 190 feet, plus or minus 5 feet, thence Northeast along Samson-Coffee Springs paved road 175 feet to a cement post or fence post on the East forty line of the NW 1/4 of the SW 1/4, thence North along said East forty line of said quarter section 130.6 feet to the point of beginning, and containing 80/100 (eighty hundredths) acre, more or less, and being described as partials of Block 39, 47, 46, and or 38, less streets or alleys as plotted Book F, page 264 of Section 24 that lies West of East forty line of said quarter section and Northwest of said paved Samson-Coffee Springs road according to map and plat of the Town of Sellersville, Alabama, recorded in the Office of Judge of Probate of Geneva, Alabama, in Plat Book 1.

The foregoing Preliminary Order of Forfeiture having been entered, the United States hereby gives notice of its intention to

dispose of the above listed property in such manner as the Attorney General of the United States may direct. Any persons or entities, other that the defendant named above, having or claiming a legal right, title or interest in the aforementioned property must, within thirty (30) days of the final publication of this notice or actual receipt thereof, whichever is earlier, petition the United States District Court for the Middle District of Alabama for a hearing to adjudicate the validity of his/her alleged interest in the property pursuant to Title 21, *United States Code*, Section 853(n). If a hearing is requested, it shall be held before the Court alone, without a jury. Claimants will bear the burden of proof in all such cases. Petitions that fail to allege an interest sufficient to maintain a claim under Section 853(n) shall be subject to dismissal without a hearing.

The petition shall be signed by the petitioner under penalty of perjury and shall identify the particular property or properties in which the petitioner claims a legal right, title or interest; the nature and extent of the such right, title or interest in each property; the time and circumstances of the petitioner's acquisition of the right, title and interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought. *See* Title 21, *United States Code*, Section 853(n)(3). Corporate persons may only file claims if represented by counsel.

A hearing on the petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of the petition. The Court may consolidate

the hearing on the petition with a hearing on any other petition filed by a person other than any of the defendants named above. The petitioner may testify and present evidence and witnesses on his own behalf and cross-examine witnesses who appear at the hearing.

Your petition must be filed with the Office of the Clerk, United States District Court for the Middle District of Alabama, 15 Lee Street, Montgomery, Alabama, 36104, with a copy thereof sent to:

>John T. Harmon
>Assistant United States Attorney
>Office of the United States Attorney
>Middle District of Alabama
>One Court Square, Suite 201 (36104)
>Post Office Box 197
>Montgomery, Alabama 36101-0197
>(334) 223-7280.

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST IN THE ABOVE-DESCRIBED PROPERTY, WITHIN THIRTY (30) DAYS OF THIS NOTICE, OR WITHIN THIRTY (30) DAYS OF THE LAST PUBLICATION OF THIS NOTICE, WHICHEVER IS EARLIER, YOUR RIGHT, TITLE AND INTEREST IN THIS PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES. THE UNITED STATES THEN SHALL HAVE CLEAR TITLE TO THE PROPERTY HEREIN DESCRIBED AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.

>JESSE SEROYER, JR.
>UNITED STATES MARSHAL
>MIDDLE DISTRICT OF ALABAMA

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05cr123 |
| | ) | |
| GENE A. HUGHES | ) | |

RECEIVED
2005 OCT 31  P 5: 32
UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the Forfeiture Allegation of the Information in the above case, the United States sought forfeiture of specific property and because defendant Gene A. Hughes agrees to this preliminary order,

IT IS HEREBY ORDERED THAT the government's motion to enter preliminary order of forfeiture (Doc. No. 30) is granted as follows:

1. As the result of the guilty plea for Count 1 of the Information, for which the Government sought forfeiture of the property described below pursuant to Title 21, United States Code, Section 853, the defendant Gene A. Hughes shall forfeit to the United States:

The real property known as Sellersville Cash 'n Carry located at 2281 County Road 40, Samson, Alabama, being more particularly described as follows:

> Beginning at the NE corner of the NW 1/4 of the SW 1/4 of Section 24, Township 2 North, Range 20 East and running West along the forty line 205 feet to the Southwest point and post, thence Southeast to the Samson-Coffee Springs Highway 190 feet, plus or minus 5 feet, thence Northeast along Samson-Coffee Springs paved road 175 feet to a cement post or fence post

on the East forty line of the NW 1/4 of the SW 1/4, thence North along said East forty line of said quarter section 130.6 feet to the point of beginning, and containing 80/100 (eighty hundredths) acre, more or less, and being described as partials of Block 39, 47, 46, and or 38, less streets or alleys as plotted Book F, page 264 of Section 24 that lies West of East forty line of said quarter section and Northwest of said paved Samson-Coffee Springs road according to map and plat of the Town of Sellersville, Alabama, recorded in the Office of Judge of Probate of Geneva, Alabama, in Plat Book 1.

2. The Court has determined, based on the record and the forfeiture allegation in the Information, that the above described real property (the real property) is subject to forfeiture pursuant to Title 21, United States Code, Section 853, that defendant Gene A. Hughes has an interest in said real property and, that the government has established the requisite nexus between said real property and the offenses for which defendant Gene A. Hughes pleaded guilty.

3. Upon the entry of this Order, the United States Attorney General (or a designee) is authorized to seize the real property, and to conduct any discovery proper in identifying, locating or disposing of said real property, in accordance with Fed. R. Crim. P. 32.2(b)(3).

4. Upon entry of this Order, the United States Attorney General (or a designee) is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

5. The United States shall publish notice of the Order and its intent to dispose of the real property in such a manner as the United States Attorney General (or a designee) may direct. The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in said real property.

6. Any person, other than the above named defendant, asserting a legal interest in the real property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his alleged interest in the said real property, and for an amendment of the order of forfeiture pursuant to Title 21, United States Code, Section 853(n)(6).

7. Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

8. Any petition filed by a third party asserting an interest in the real property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest and the time and circumstances of the petitioner's acquisition of the right, title

or interest in said real property, any additional facts supporting the petitioner's claim and the relief sought.

9. Upon the filing of any motion under Fed.R.Crim.P. 32.2(c)(1)(A) and Title 21, United States Code, Section 853(n) and pursuant to Fed.R.Crim.P. 32.2(c)(1)(B) and before a hearing, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

10. The United States shall have clear title to the real property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in Title 21, United States Code, Section 853(n)(2) for the filing of third party petitions.

11. The Court shall retain jurisdiction to enforce this Order and to amend it as necessary, pursuant to Fed.R.Crim.P. 32.2(e).

12. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office for the Middle District of Alabama.

SO ORDERED this the 27th day of October, 2005.

                                            /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE