# U.S. Department of Justice
## United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form

10 ✓

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 1:05cr123-T |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| GENE A. HUGHES d/b/a Sellersville Cash 'n Carry | ORDER |

RECEIVED 2006 MAR 22 P 5:07 UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA

**SERVE AT**

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| GENEVA COUNTY JUDGE OF PROBATE |

| ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |
|---|
| GENEVA COUNTY COURTHOUSE - 200 NORTH COMMERCE STREET, GENEVA, ALABAMA 36340 |

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

CATS # 05-DEA-459620

Signature of Attorney or other Originator requesting service on behalf of :
☒ PLAINTIFF
☐ DEFENDANT

John T. Harmon

TELEPHONE NUMBER: (334) 223-7280
DATE: 03/22/06

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk  K. Chavers | Date 3/27/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 5/4/06 | 10:57 | am |

Signature of U.S. Marshal or Deputy
K. Chavers

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | | |

REMARKS: 4/5/06 C.M. # 7001 1140 0001 8579 7100
Recorded 4/7/06 BK 569 PG 469

RETURNED AND FILED
MAY - 4 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 MAR 22 P 5:07
UNITED STATES
MARSHALS SERVICE
MIDDLE DIST. ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 1:05cr123-MHT |
| ) | |
| GENE A. HUGHES ) | |

O R D E R

Upon consideration of the Motion to Rescind Preliminary Order of Forfeiture (Doc. No. 51) heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same is hereby GRANTED. It is, therefore, **CONSIDERED, ORDERED, ADJUDGED AND DECREED** by the Court that said Motion be and the same is hereby granted and the Preliminary Order of Forfeiture entered October 27, 2005 is hereby rescinded and declared void *ab initio*.

It is further **ORDERED** that the United States file this Order with the Geneva County, Alabama Judge of Probate and release its lis pendens against the real property located at 2281 County Road 40, Samson, Alabama a/k/a Sellersville Cash 'n Carry.

It is further **ORDERED** that the petition to modify forfeiture order (Doc. No. 33) is denied as moot.

DONE this 22nd day of March, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE